

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00331-CV

| | | |
|---|---|---|
| IN RE LANNA DEE WOOD, AS TRUSTEE OF THE IRREVOCABLE GIFTING TRUST OF LARRY M. RAMSEY FOR THE BENEFIT OF DAUGHTERS, Relator | § | Original Proceeding |
| | § | 16th District Court of Denton County, Texas |
| | § | Trial Court No. 22-6579-16 |
| | § | September 26, 2024 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered Relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to (1) vacate the order denying Relator's amended special appearance and (2) order the trial court to sign the appropriate order. The writ will issue only if the trial court fails to comply with our directions.

It is further ordered that Real Party in Interest Sandra Lea Ramsey shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth